UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIFFANY LATRES' STAMPER                               CIVIL ACTION

VERSUS

KILOLO KIJAKAZI, ET AL.                               NO. 21-00460-BAJ-EWD

### RULING AND ORDER

On March 2, 2023, the Magistrate Judge issued a **Report and Recommendation (Doc. 18, the "R&R")**, recommending that the Court affirm the decision of the Commissioner of the Social Security Administration, which denied Plaintiff's application for disability insurance benefits and supplemental security income. No party filed a timely objection.

Having carefully considered Plaintiff's Complaint (Doc. 1) and Memorandum in Support of Appeal (Doc. 15), Defendant Kijakazi's Answer (Doc. 16) and Memorandum in Opposition (Doc. 17), and all related filings, the Court **APPROVES** the Magistrate Judge's R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the final decision of the Acting Commissioner of Social Security be and is hereby **AFFIRMED**, pursuant to 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE.**

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 28th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**